LYNNE C. HERMLE (STATE BAR NO. 99779)
GREG J. RICHARDSON (STATE BAR NO. 203788)
JULIA COLLINS RIECHERT (STATE BAR NO. 254078)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
lchermle@orrick.com
grichardson@orrick.com
jriechert@orrick.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED**
*Judge James Ware*
12/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,,<br><br>Defendant. | Case No. C 09-03485 JW<br><br>**STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiffs Gabriel Ortiz, Andrew Gonzalez, Landon Mickey Miller and Joe Huynh and Defendant Home Depot U.S.A., Inc. hereby stipulate by and through their attorneys of record that the time for Defendant to respond to the first amended complaint in this action is extended to January 8, 2009.

Dated: December 11, 2009

CLAUDIA CENTER
JINNY KIM
RACHAEL LANGSTON
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER

_____
CLAUDIA CENTER
Attorneys for Plaintiffs
GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH

Dated: December 11, 2009

LYNNE C. HERMLE
GREG J. RICHARDSON
JULIA COLLINS RIECHERT
Orrick, Herrington & Sutcliffe LLP

_____
JULIA COLLINS RIECHERT
Attorneys for Defendant
HOME DEPOT U.S.A., INC.