Claudia Center (State Bar No. 158255)
Jinny Kim (State Bar No. 208953)
Rachael Langston (State Bar No. 257950)
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199
Emails:  ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

JOSHUA KONECKY (State Bar No. 182897)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:      (415) 421-7100
Facsimile:      (415) 421-7105
TTY:            (415) 421-1665
Email: jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

DONALD R. LIVINGSTON (admitted *pro hac* vice)
REED L. RUSSELL (admitted *pro hac* vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
Emails:  dlivingston@akingump.com; rrussell@akingump.com

TERESA W. WANG (State Bar No. 252961)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email:  twang@akingump.com

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>          Plaintiffs, | Case No.:  C 09-03485 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING** |

|   |   |   |
|---|---|---|
|   | ) | **DEADLINE FOR PRIVATE MEDIATION** |
| v. | ) |   |
|   | ) |   |
| HOME DEPOT U.S.A., INC., | ) |   |
|        Defendant. | ) |   |

1.      Whereas, pursuant to the Court's February 18, 2010 Order, the parties are to have completed private mediation by July 19, 2010;

2.      Whereas, Defendant Home Depot U.S.A., Inc. filed a Motion for Substitution of Counsel on May 20, 2010 and said motion was granted on May 28, 2010;

3.      Whereas, the parties have begun exchanging written discovery and scheduling depositions;

4.      Whereas, the parties intend to begin depositions in mid-August 2010;

5.      Whereas, the parties intend to complete multiple key depositions in order to engage in a meaningful mediation session;

6.      Therefore, the parties request that the date to complete private mediation be extended until December 15, 2010 to allow the parties to complete key depositions and engage in further written discovery, if necessary.

IT IS SO STIPULATED.

Dated:  July 16, 2010          THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER


                               By:     /s/ Jinny Kim
                                       Jinny Kim


Dated:  July 16, 2010          AKIN GUMP STRAUSS HAUER & FELD LLP


                               By:     /s/ Donald Livingston
                                       Donald Livingston

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PRIVATE MEDIATION
Page 2

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: July 16, 2010

Claudia Center
Jinny Kim
THE LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER

By: \_\_\_\_/s/\_Jinny Kim_____
Jinny Kim

Attorneys for Plaintiffs

## ORDER

Good cause appearing, **IT IS SO ORDERED.**

The deadline to complete private mediation, currently scheduled for July 19, 2010, shall be continued to December 15, 2010.

Dated: July 23, 2010    By: _____
The Honorable James Ware
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PRIVATE MEDIATION
Page 4