DONALD R. LIVINGSTON
WILLIAM ALLEN (Admitted *Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Emails: dlivingston@akingump.com; ballen@akingump.com

TERESA W. WANG (SBN 252961)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 580
San Francisco, CA 940104
Telephone:    (415) 765-9500
Facsimile:     (415) 765-9501
Email: twang@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

CLAUDIA CENTER (SBN 158255)
JINNY KIM (SBN 208953)
RACHAEL LANGSTON (State Bar No. 257950)
**THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER**
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Emails: ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

JOSHUA KONECKY (SBN 182897)
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-1665
Email: jkonecky@schneiderwallace.com

Attorneys for Plaintiffs
Gabriel Ortiz, Andrew Gonzales, Landon Mickey Miller and Joe Huynh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs, | Case No. C 09-03485 LHK<br><br>STIPULATED AGREEMENT RE FILING OF AMENDED ANSWER |

STIPULATED AGREEMENT RE AMENDED
ANSWER -- Case No. C 09-03485 LHK

| | |
|---|---|
| 1 | v. |
| 2 | HOME DEPOT U.S.A., INC., |
| 3 | Defendant. |

Defendant Home Depot U.S.A., Inc. ("Home Depot") and Plaintiffs Gabriel Ortiz, Andrew Gonzales, Landon Mickey Miller and Joe Huynh, by an through their undersigned counsel of record, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 15(a)(2), defendant Home Depot shall be allowed to amend its Answer to Plaintiffs' First Amended Complaint (docket no. 14), filed on January 8, 2010. Home Depot will file a complete copy of its Amended Answer to Plaintiffs' First Amended Complaint on or about September 14, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 9 Sept 2010   /s/ William F. Allen
William F. Allen
AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for defendant HOME DEPOT U.S.A., Inc.

DATED: September 13, 2010   /s/ Jinny Kim
Jinny Kim
THE LEGAL AID SOCIETY -- EMPLOYMENT LAW CENTER

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 22, 2010   /s/ Lucy H. Koh
Hon. Lucy H. Koh
United States District Judge