CLAUDIA CENTER (SBN 158255)
JINNY KIM (SBN 208953)
RACHAEL LANGSTON (SBN 257950)
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA  94104
TEL:   (415) 864-8848
FAX:   (415) 593-0096
EMAIL:       CENTER@LAS-ELC.ORG;
     JKIM@LAS-ELC.ORG
     RLANGSTON@LAS-ELC.ORG

JOSHUA KONECKY (SBN 182897)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 MONTGOMERY STREET, SUITE 2000
SAN FRANCISCO, CA  94104
TEL:   (415) 421-7100
FAX:   (415) 421-7105
TTY:   (415) 421-1665
EMAIL:JKONECKY@SCHNEIDERWALLACE.COM

Attorneys for Plaintiffs Gabriel Ortiz, Andrew Gonzales,
Landon Mickey Miller and Joe Huynh

DONALD LIVINGSTON
WILLIAM ALLEN (Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel:   (202) 887-4000
Fax:   (202) 887-4288
Email: dlivingston@akingump.com
       ballen@akingump.com

TERESA W. GHALI (SBN 252961)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel:   415-765-9500
Fax:   415-765-9510
Email: tghali@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>             Defendant. | Case No. C 09-03485 LHK<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY CASE MANAGEMENT ORDER; KONECKY DECLARATION IN SUPPORT; [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. 26(f), Civ. L.R. 6-1(b), 6-2, 7-12.]<br><br>The Honorable Lucy H. Koh |

1

The parties request approval of a stipulation for a modest continuance of the deadlines for class certification expert disclosure and rebuttal class certification expert disclosure in order to facilitate settlement discussions before the Honorable Edward A. Infante (ret.).  The stipulated extension requires no modification of the deadlines for the class certification motion or any other deadlines set by the Court.

On May 9, 2011, the parties and counsel made substantial progress in their second mediation session before Judge Infante, and are continuing discussions through Judge Infante.  The parties are scheduled to appear before the Court for a Case Management Conference to report on the status of the settlement discussions on May 25, 2011.

The current deadline for class certification expert disclosure is May 13, 2011, and the current deadline for the rebuttal disclosure is June 17, 2011.  The deadline for filing the class certification motion is July 14, 2011, with the Opposition due by August 25, 2011, the reply due by September 15, 2011, and the hearing set for September 29, 2011.  The date for trial is April 23, 2012.

In order to focus their resources on attempting to complete a settlement, the parties stipulated to extend the expert disclosure date from May 13 to June 10, 2011, and the rebuttal expert disclosure date from June 17 to July 15, 2011.  The parties submit that this stipulated extension has and will continue to facilitate settlement negotiations and that it will not result in a need to continue other scheduled dates should the case not settle, and therefore that there is good cause for the extension.

On January 26, 2011, the Court issued a scheduling order modifying the pretrial schedule originally set by the Honorable James Ware in his order of February 25, 2010.  Since the January 26, 2011 Order, the parties sought one other modification of the pretrial schedule:  the parties stipulated to extend the date for taking a Rule 30(b)(6) deposition for approximately one month.  The deposition was taken on the newly agreed upon date.

A declaration from Joshua Konecky in support of this request is enclosed.

| | | |
|---|---|---|
| 1 | Dated: May 13, 2011 | Claudia Center |
| 2 | | Jinny Kim |
| | | Rachael Langston |
| 3 | | THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER |

Joshua Konecky
SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

          /s/ Joshua Konecky
          JOSHUA KONECKY

Attorneys for Plaintiffs
Gabriel Ortiz, Andrew Gonzales, Landon Mickey Miller, and Joe Huynh

Dated: May 13, 2011.

AKIN GUMP STRAUSS HAUER & FELD LLP
Donald Livingston
William Allen
Teresa W. Ghali

          /s/ Bill Allen
          BILL ALLEN

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ECF CERTIFICATION**

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: May 13, 2011.

          /s/ Joshua Konecky
          JOSHUA KONECKY

# DECLARATION OF JOSHUA KONECKY

I, Joshua Konecky, declare,

1. I am an attorney in good standing licensed to practice in the Northern District of California and am attorney of record in *Ortiz v. Home Depot U.S.A., Inc.*, Case No. C 09-03485 LHK (N.D. Cal.). I make this declaration based on my own personal knowledge and, if called to do so, could and would competently so testify in court.

2. On May 9, 2011, the parties and counsel made substantial progress in their second mediation session before Judge Infante and are continuing discussions through Judge Infante. The parties are scheduled to appear before the Court for a Case Management Conference to report on the status of the settlement discussions on May 25, 2011.

3. In order to focus their resources on attempting to complete a settlement, the parties stipulated after the mediation session to extend the expert disclosure date from May 13 to June 10, 2011, and the rebuttal expert disclosure date from June 17 to July 15, 2011. This stipulated extension has facilitated settlement negotiations and we believe that it will continue to do so.

4. The parties and counsel do not believe that the continuance of expert disclosure deadlines and reports will impact their ability to meet the current discovery and motion practice deadlines.

5. In addition to the Case Management Order entered on January 26, 2011 (*see* dkt. No. 50), the following time modifications have been made by the Court, upon motion or by stipulation: (1) plaintiffs' motion for continuance of Case Management Conference (*see* dkt. no. 10); (2) stipulation to extension of time for Defendant to file answer to amended complaint (*see* dkt. no. 13); (3) stipulation to extend time for mediation (*see* dkt. no. 36); and (4) stipulation to extend time for taking Rule 30(b)(6) deposition (*see* dkt. No. 36).

6. Defendant's counsel Bill Allen has authorized Plaintiffs' counsel to sign the joint motion on her behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May, 2011, in San Francisco, CA.

1
2
3           /s/
    Joshua Konecky
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
Case No. C 09-03485 LHK

1
2   The parties stipulate that the expert disclosure date of May 13, 2011, can be extended to June
3   10, 2011, and the rebuttal expert disclosure date of June 17, 2011, can be extended to July 15, 2011.
4   PURSUANT TO STIPULATION, IT IS SO ORDERED this 17th day of May, 2011.
5
6
7   _____
    THE HON. LUCY H. KOH
8   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
Case No. C 09-03485 LHK