CLAUDIA CENTER (SBN 158255)
JINNY KIM (SBN 208953)
RACHAEL LANGSTON (SBN 257950)
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery  Street, Suite 600
San Francisco, CA  94104
TEL:   (415) 864-8848
FAX:   (415) 593-0096
EMAIL:center@las-elc.org
        jkim@las-elc.org
        rlangston@las-elc.org

JOSHUA KONECKY (SBN 182897)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
TEL:   (415) 421-7100
FAX:   (415) 421-7105
TTY:   (415) 421-1665
EMAIL:jkonecky@schneiderwallace.com

Attorneys for Plaintiffs Gabriel Ortiz, Andrew Gonzales,
Landon Mickey Miller and Joe Huynh

DONALD LIVINGSTON
WILLIAM ALLEN (Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel:   (202) 887-4000
Fax:   (202) 887-4288
Email: dlivingston@akingump.com
        ballen@akingump.com

TERESA W. GHALI (SBN 252961)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Tel:   415-765-9500
Fax:   415-765-9510
Email: tghali@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>                    Defendant. | Case No. C 09-03485 LHK<br><br>**NOTICE OF SETTLEMENT; JOINT REQUEST TO STAY CASE MANAGEMENT SCHEDULE; DECLARATION IN SUPPORT; [~~PROPOSED~~] ORDER**<br><br>[Fed. R. Civ. P. 26(f), Civ. L.R. 6-1(b), 6-2, 7-12.]<br><br>The Honorable Lucy H. Koh |

After two mediation sessions before the Honorable Edward A. Infante (ret.), and significant efforts and negotiations following those sessions, the parties have reached an agreement on material terms, including provisions for class-wide equitable relief, monetary relief to the putative class members and named plaintiffs, and reasonable attorneys' fees and costs, subject to reaching a final agreement on all language of a class action settlement agreement.

The parties are drafting a formal class action settlement agreement and motion papers to present to the Court in connection with a motion for preliminary approval of the proposed agreement. The parties submit that it is in the interest of justice and judicial economy to now devote their resources entirely to the settlement drafting process and preliminary approval motion, rather than to divert them to the final depositions and plaintiffs' motion for class certification, otherwise due July 14, 2011.  Accordingly, the parties respectfully request that the Court stay the current pretrial schedule until August 31, 2011.  Plaintiffs intend to file the motion for preliminary approval on or before August 31, 2011.

On January 26, 2011, the Court issued a scheduling order modifying the pretrial schedule originally set by the Honorable James Ware in his order of February 25, 2010.  Since the January 26, 2011 Order, the parties sought two other modifications of the pretrial schedule:  (1) the parties stipulated to extend the date for taking a Rule 30(b)(6) deposition for approximately one month; and (2) the parties stipulated to extend the date for expert disclosures pertaining to class certification.

A declaration from plaintiffs' counsel Joshua Konecky in support of this request is enclosed.

NOTICE OF SETTLEMENT AND ORDER
Case No. C 09-03485 LHK

| | |
|---|---|
| Dated: July 7, 2011 | THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER |

SCHNEIDER WALLACE
COTTRELL  BRAYTON
KONECKY LLP

_____/s/ Joshua Konecky_____
JOSHUA KONECKY

Attorneys for Plaintiffs
Gabriel Ortiz, Andrew Gonzales, Landon Mickey Miller, and Joe Huynh

Dated:July 7, 2011.                AKIN GUMP STRAUSS HAUER & FELD LLP

_____/s/ Bill Allen_____
BILL ALLEN

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## ECF CERTIFICATION

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

Dated: July 7, 2011.

_____/s/ Joshua  Konecky_____
JOSHUA KONECKY

NOTICE OF SETTLEMENT AND ORDER
Case No. C 09-03485 LHK

1

## DECLARATION OF JOSHUA KONECKY

2          I, Joshua Konecky, declare,

3          1.        I am an attorney in good standing licensed to practice in the Northern District of

4    California and am attorney of record in *Ortiz v. Home Depot U.S.A., Inc.*, Case No. C 09-03485 LHK

5    (N.D. Cal.).  I make this declaration based on my own personal knowledge and, if called to do so,

6    could and would competently so testify in court.

7          2.        The parties have appeared for two full-day mediation sessions before the Honorable

8    Edward A. Infante (ret.).  Through these sessions and subsequent negotiations, the parties reached an

9    agreement on material terms for the equitable relief provisions of a comprehensive class action

10   settlement as well as the amount of monetary relief to the putative class members.  Through further

11   arms-length negotiations conducted after the mediation sessions, the parties reached an agreement on

12   monetary provisions for the named plaintiffs and amounts for the payment of attorneys' fees and costs.

13   These agreements are subject to reaching a final agreement on all language of a class action settlement

14   agreement.

15         3.        The parties memorialized the material terms of their agreement on July 1, 2011.

16         4.        The parties are now drafting the formal settlement agreement and papers in support of

17   the motion for preliminary approval of the proposed class action settlement.  The parties submit that it

18   is in the interest of justice and judicial economy to now devote their resources entirely to the settlement

19   drafting process and preliminary approval motion, rather than to divert them to the final depositions

20   and motion for class certification, otherwise due July 14, 2011.  Accordingly, the parties respectfully

21   request that the Court stay the current pretrial schedule until August 31, 2011.  Plaintiffs intend to file

22   the motion for preliminary approval on or before August 31, 2011.

23         5.        In addition to the Case Management Order entered on January 26, 2011 (*see* dkt. No.

24   50), the following time modifications have been made by the Court, upon motion or by stipulation:  (1)

25   plaintiffs' motion for continuance of Case Management Conference (*see* dkt. no. 10); (2) stipulation to

26   extension of time for Defendant to file answer to amended complaint (*see* dkt. no. 13); (3) stipulation

27   to extend time for mediation (*see* dkt. no. 36); (4) stipulation to extend time for taking Rule 30(b)(6)

28

4

NOTICE OF SETTLEMENT AND ORDER
Case No. C 09-03485 LHK

1  deposition (*see* dkt. No. 36); and (5) stipulation to extend time for expert disclosures pertaining to class

2  certification (*see* dkt. No. 58).

3          6.      Defendant's counsel Bill Allen has authorized Plaintiffs' counsel to sign the joint

4  motion on his behalf.

5

6          I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.  Executed this 7th day of July, 2011, in Oneonta, NY.

8

9

10                                      _____/s/_____

11                                      Joshua Konecky

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND ORDER
Case No. C 09-03485 LHK

The parties stipulate that they have reached an agreement on material terms of a proposed class action settlement agreement to present to the Court for preliminary approval.  The parties further stipulate that it would be in the interest of justice and economy to stay the current pretrial schedule and devote resources to the settlement drafting process and preliminary approval motion.

PURSUANT TO THE PARTIES' NOTICE OF SETTLEMENT AND STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

The current pretrial schedule is STAYED until August 31, 2011.  Plaintiffs shall file the motion for preliminary approval on or before August 31, 2011.  In the event that the parties do not finalize the settlement and file the preliminary approval motion by August 31, 2011, the parties should be prepared to file their class certification briefing on an expedited basis.

**IT IS SO ORDERED.**

Dated: July 7, 2011

_Lucy H. Koh_
THE HON. LUCY H. KOH
United States District Judge

NOTICE OF SETTLEMENT AND ORDER
Case No. C 09-03485 LHK