DONALD LIVINGSTON
WILLIAM ALLEN (Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel:    (202) 887-4000
Fax:    (202) 887-4288
Email: dlivingston@akingump.com
        ballen@akingump.com

TERESA W. GHALI (SBN 252961)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel:    415-765-9500
Fax:    415-765-9510
Email: tghali@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>          Defendant. | Case No. C 09-03485 LHK<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE CLASS ACTION SETTLEMENT AGREEMENT; [~~PROPOSED~~] ORDER**<br><br>[Fed. R. Civ. P. 26(f), Civ. L.R. 6-1(b), 6-2, 7-12.]<br><br>The Honorable Lucy H. Koh |

After two mediation sessions before the Honorable Edward A. Infante (ret.), and significant efforts and negotiations following those sessions, the parties reached an agreement on material terms, including provisions for class-wide equitable relief, monetary relief to the putative class members and named plaintiffs, and reasonable attorneys' fees and costs, subject to reaching a final agreement on all language of a class action settlement agreement. *See* Declaration of William F. Allen, ¶ 2. On July 7, 2011, the parties filed a notice of settlement and jointly requested a stay of the pre-trial scheduling order to permit the parties time to draft a formal class action settlement agreement and the motion papers to present to present to the Court in connection with a motion for preliminary approval of the proposed agreement. *See* dkt. no. 63; Allen decl. at ¶ 3. On July 7, the Court stayed the pre-trial schedule and ordered the parties to file a motion for preliminary approval by August 31, 2011, or

1    prepare to file their class certification briefing on an expedited basis.  *See* dkt. no. 64; Allen decl. at ¶
2    4.

3            Since the Court's July 7, 2011 order, the parties have worked diligently to finalize the
4    settlement agreement, draft the class notice, and draft the motion for preliminary approval.  The parties
5    have exchanged several drafts and held frequent discussions regarding the structure and terms of the
6    settlement agreement, which is 29 pages long and proposes Rule 23(b)(2) and Rule 23(b)(3) classes.
7    *See* Allen decl. at ¶ 5.  The parties have also considered the impact of the Supreme Court's recent
8    decision in *Wal-Mart Stores, Inc. v. Dukes*, 131 S.Ct. 2541, ___ U.S. ___ (June 20, 2011).  *See id.*  The
9    full written agreement has been reviewed by defendant's counsel and is pending final review by Home
10   Depot's Office of General Counsel.  Defendant expects final review and approval to be completed by
11   no later than Wednesday, September 7, 2011.  *See id.* at  ¶ 6.

12           Plaintiffs intend to file their motion for preliminary approval (which defendant's counsel has
13   reviewed) on August 31, 2011 without a copy of the agreement.  Plaintiffs will not be able to file the
14   signed settlement agreement on the same day as the motion because the full written agreement is still
15   pending final review by Home Depot's Office of General Counsel.  Accordingly, in accordance with
16   Civil Local Rules 6-1(b) and 6-2(a), the parties request a brief extension to supplement the motion for
17   preliminary approval by filing the actual signed settlement agreement on or before September 7, 2011.
18   to file the settlement agreement until September 7, 2011.  Plaintiffs have contacted the Court's clerk
19   and requested that the scheduled September 29, 2011 status conference be converted to a hearing on
20   the unopposed motion for preliminary approval.  The requested brief extension should not require
21   rescheduling of that hearing, and will not alter the date of any other hearing or proceeding on the
22   Court's calendar.  *Id.* at ¶ 7; *see* Civ. Local R. 6-1(b).

23           On January 26, 2011, the Court issued a scheduling order modifying the pretrial schedule
24   originally set by the Honorable James Ware in his order of February 25, 2010.  Dkt. no. 50.  In addition
25   to the January 26, 2011 Case Management Order and the July 7, 2011 Stay Order, the following time
26   modifications have been made by the Court, upon motion or by stipulation:  (1) plaintiffs' motion for
27   continuance of Case Management Conference (*see* dkt. no. 10); (2) stipulation to extension of time for
28   Defendant to file answer to amended complaint (*see* dkt. no. 13); (3) stipulation to extend time for

1   mediation (*see* dkt. no. 36); (4) stipulation to extend time for taking Rule 30(b)(6) deposition (*see* dkt.

2   No. 36); and (5) stipulation to extend time for expert disclosures pertaining to class certification (*see*

3   dkt. No. 58).  *See* Allen decl. at ¶ 8.

4         A declaration from defendant's counsel William F. Allen in support of this stipulated request is

5   enclosed.  *See* Civ. Local R. 6-2(a).

6

7   Dated: August 31, 2011.                    THE LEGAL AID SOCIETY-EMPLOYMENT
                                               LAW CENTER

8                                              SCHNEIDER WALLACE
                                               COTTRELL  BRAYTON
9                                              KONECKY LLP

10                                             _____/s/ Jinny Kim_____
11                                                            JINNY KIM

12                                             Attorneys for Plaintiffs
                                               Gabriel Ortiz, Andrew Gonzales, Landon  Mickey
13                                             Miller, and Joe Huynh

14

15   Dated: August 31, 2011.                   AKIN GUMP STRAUSS HAUER & FELD LLP

16

17                                             _____/s/ Teresa W. Ghali_____
18                                                            TERESA W. GHALI

19                                             Attorneys for Defendant
                                               HOME DEPOT U.S.A., INC.
20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE CLASS ACTION SETTLEMENT
AGREEMENT                                                    Case No. C 09-03485 LHK

**<u>ECF CERTIFICATION</u>**

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Jinny Kim.

Dated: August 31, 2011.

/s/ Teresa W. Ghali

TERESA W. GHALI

STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE CLASS ACTION SETTLEMENT AGREEMENT                                                                    Case No. C 09-03485 LHK

### DECLARATION OF WILLIAM F. ALLEN

I, William F. Allen, declare,

1.      I am an attorney in good standing admitted *pro hac vice* to practice in the Northern District of California and am attorney of record for defendant Home Depot U.S.A., Inc. in *Ortiz v. Home Depot U.S.A., Inc.*, Case No. C 09-03485 LHK (N.D. Cal.).  I make this declaration based on my own personal knowledge and, if called to do so, could and would competently so testify in court.

2.      After two mediation sessions before the Honorable Edward A. Infante (ret.), and significant efforts and negotiations following those sessions, the parties reached an agreement on material terms, including provisions for class-wide equitable relief, monetary relief to the putative class members and named plaintiffs, and reasonable attorneys' fees and costs, subject to reaching a final agreement on all language of a class action settlement agreement.

3.      On July 7, 2011, the parties filed a notice of settlement and jointly requested a stay of the pre-trial scheduling order to permit the parties time to draft a formal class action settlement agreement and the motion papers to present to present to the Court in connection with a motion for preliminary approval of the proposed agreement.  *See* dkt. no. 63.

4.      On July 7, the Court stayed the pre-trial schedule and ordered the parties to file a motion for preliminary approval by August 31, 2011, or prepare to file their class certification briefing on an expedited basis.  *See* dkt. no. 64.

5.      Since the Court's July 7, 2011 order, the parties have worked diligently to finalize the settlement agreement, draft the class notice, and draft the motion for preliminary approval.  The parties have exchanged several drafts and held frequent discussions regarding the structure and terms of the settlement agreement, which is 29 pages long and proposes Rule 23(b)(2) and Rule 23(b)(3) classes. The parties have also considered the impact of the Supreme Court's recent decision in *Wal-Mart Stores, Inc. v. Dukes*, 131 S.Ct. 2541, ___ U.S. ___ (June 20, 2011).

6.      The full written agreement has been reviewed by defendant's counsel and is pending final review by Home Depot's Office of General Counsel.  Defendant expects final review and approval to be completed by no later than Wednesday, September 7, 2011.

STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE CLASS ACTION SETTLEMENT
AGREEMENT                                                                    Case No. C 09-03485 LHK

7.       Plaintiffs have informed me that they intend to file their motion for preliminary approval, which I have reviewed, on August 31, 2011 without a copy of the settlement agreement. Plaintiffs will not be able to file the signed settlement agreement today with the motion because the full written agreement is still pending final review by Home Depot's Office of General Counsel.  The parties are requesting a brief extension of the deadline to supplement the motion for preliminary approval by filing the actual signed settlement agreement on or before September 7, 2011. The extension will not alter the date of any hearing or proceeding on the Court's calendar.  Plaintiffs have contacted the Court's clerk and requested that the scheduled September 29, 2011 status conference be converted to a hearing on the unopposed motion for preliminary approval.  The requested brief extension should not require rescheduling of that hearing, and will not alter the date of any other hearing or proceeding on the Court's calendar.

8.       On January 26, 2011, the Court issued a scheduling order modifying the pretrial schedule originally set by the Honorable James Ware in his order of February 25, 2010.  Dkt. no. 50. In addition to the January 26, 2011 Case Management Order and the July 7, 2011 Stay Order, the following time modifications have been made by the Court, upon motion or by stipulation:  (1) plaintiffs' motion for continuance of Case Management Conference (*see* dkt. no. 10); (2) stipulation to extension of time for Defendant to file answer to amended complaint (*see* dkt. no. 13); (3) stipulation to extend time for mediation (*see* dkt. no. 36); (4) stipulation to extend time for taking Rule 30(b)(6) deposition (*see* dkt. No. 36); and (5) stipulation to extend time for expert disclosures pertaining to class certification (*see* dkt. No. 58).

9.       Plaintiffs' counsel Jinny Kim has authorized defendant's counsel to sign the joint stipulated request on plaintiffs' behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 31st day of August, 2011, in Washington, DC.

_____/s/William F. Allen_____
William F. Allen

1    The parties stipulate that they are prepared to file a class action settlement agreement in this

2    action by September 7, 2011.

3    PURSUANT TO THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF

4    TIME, AND GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

5    Plaintiffs shall file the settlement agreement on or before September 7, 2011.

6

7    IT IS SO ORDERED.

8

9    Dated: September 1, 2011

10

11    THE HON. LUCY H. KOH

12    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE CLASS ACTION SETTLEMENT
AGREEMENT                                                    Case No. C 09-03485 LHK