UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDRW GONZALES, LANDON MICKEY MILLER and JOE HUYNH, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>   v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>           Defendant. | Case No.:09-CV-03485-LHK<br><br><br>ORDER TO SUPPLEMENT EXHIBIT TO PROPOSED SETTLEMENT |

The Court finds that the Written Notice accompanying the Proposed Class Action Settlement (ECF No. 74, Ex. A at 38-41) is missing several pages. The Court requests that the parties file the complete Written Notice by 4 P.M. today.

**IT IS SO ORDERED.**

Dated: September 27, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 9-CV-3485-LHK
ORDER TO SUPPLEMENT EXHIBIT TO PROPOSED SETTLEMENT