Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery St., Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
Emails:  ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

Joshua Konecky, State Bar No. 182897
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY, LLP
180 Montgomery St., Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
Email:  jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | No.: 5:09-cv-03485-LHK<br><br>[Proposed] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT AGREEMENT UNDER SEAL<br><br>Local Rules 7-11 and 79-5<br><br>DATE: September 29, 2011<br>TIME:  1:30 p.m.<br>LOCATION:  Courtroom 8<br><br>The Honorable Lucy H. Koh |

[Proposed] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT
AGREEMENT UNDER SEAL
*Case No. 5:09-cv-03485-LHK*

1

1
2  WHEREFORE, this Court having considered the Plaintiffs' Administrative
3  Motion for Leave to File Exhibit A to the Parties' Settlement Agreement Under Seal, and the
4  supporting declaration, and good cause appearing:
5
6  IT IS ORDERED that the following documents shall be filed under seal in
7  accordance with General Order 62, and Local Rules 7-11 and 79-5:
8  Exhibit A to the Settlement Agreement.
9  Accordingly, IT IS HEREBY ORDERED that the motion to file documents under
10  seal is GRANTED.
11
12  Dated: January 19, 2012                    *Lucy H. Koh*
                                               The Honorable Lucy H. Koh
13                                             United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Lucy H. Koh*
Judge Lucy H. Koh

[Proposed] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT
AGREEMENT UNDER SEAL
*Case No. 5:09-cv-03485-LHK*

2