1  Claudia Center, State Bar No. 158255
   Jinny Kim, State Bar No. 208953
2  Rachael Langston, State Bar No. 257950
   THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
3  180 Montgomery St., Suite 600
   San Francisco, CA 94104
4  Telephone: (415) 864-8848
   Facsimile: (415) 593-0096
5  Emails: ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

6  Joshua Konecky, State Bar No. 182897
   SCHNEIDER WALLACE COTTRELL
7  BRAYTON KONECKY, LLP
   180 Montgomery St., Suite 2000
8  San Francisco, CA 94104
   Telephone: (415) 421-7100
9  Facsimile: (415) 421-7105
   Email: jkonecky@schneiderwallace.com
10
11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | No.: 5:09-cv-03485-LHK<br><br>[Proposed] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT AGREEMENT UNDER SEAL<br><br>Local Rules 7-11 and 79-5<br><br>DATE: September 29, 2011<br>TIME: 1:30 p.m.<br>LOCATION: Courtroom 8<br><br>The Honorable Lucy H. Koh |

[Proposed] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT
AGREEMENT UNDER SEAL
*Case No. 5:09-cv-03485-LHK*

1

WHEREFORE, this Court having considered the Plaintiffs' Administrative Motion for Leave to File Exhibit A to the Parties' Settlement Agreement Under Seal, and the supporting declaration, and good cause appearing:

IT IS ORDERED that the following documents shall be filed under seal in accordance with General Order 62, and Local Rules 7-11 and 79-5:

Exhibit A to the Settlement Agreement.

Accordingly, IT IS HEREBY ORDERED that the motion to file documents under seal is GRANTED.

Dated: January 19, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge



[~~Proposed~~] ORDER GRANTING LEAVE TO FILE EXHIBIT A TO THE PARTIES' SETTLEMENT AGREEMENT UNDER SEAL
*Case No. 5:09-cv-03485-LHK*