Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery St., Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
Emails:  ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

Joshua Konecky, State Bar No. 182897
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY, LLP
180 Montgomery St., Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
Email:  jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No.: 5:09-cv-03485-LHK<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS<br><br>DATE: February 2, 2012<br>TIME:  1:30 p.m.<br>LOCATION:  Courtroom 8<br>The Honorable Lucy H. Koh |

---

The Court having considered Class Counsel's Motion for an Award of Attorneys' Fees and Costs, and the supporting declarations, and being familiar with this action, HEREBY FINDS AS FOLLOWS:

1. Notice of the requested award of attorneys' fees and costs was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

2. Class Members and any party from whom payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

3. No Class Member has objected to the requested fees and expenses;

4. The attorneys' fees and costs in the Class Action Settlement Agreement were negotiated after the class injunctive relief and monetary relief were negotiated;

5. The time spent by Class Counsel on this case, as described in the Declarations of Jinny Kim and Joshua Konecky and documented by the billing records attached to those declarations, was reasonable;

6. The rates claimed by the Legal Aid Society – Employment Law Center and Schneider Wallace Cottrell Brayton Konecky LLP, as described in the Declarations of Jinny Kim and Joshua Konecky, are consistent with the prevailing market rates in the Bay Area legal community for attorneys and professional staff of comparable skill and experience doing comparable work, and are reasonable;

7. The equitable relief in the Class Action Settlement Agreement is meaningful and socially beneficial, and will greatly benefit Class Members;

8. The attorneys' fees requested are commensurate with Class Counsel's current lodestar.  Moreover, Class Counsel's lodestar will most likely be less than the fees requested after they complete all their work in connection with this case over the 30-month settlement term;

9. The costs and expenses incurred by Class Counsel are documented and reasonable;

10. The requested award of $500,000.00 for attorneys' fees and reimbursement of costs and expenses is fair and reasonable.

Accordingly, IT IS HEREBY ORDERED as follows:

Class Counsel are hereby awarded attorneys' fees in the amount of $500,000.00 and costs in the amount of $71,295.54 for work performed and costs and expenses incurred through the hearing on final approval, plus any future costs incurred in connection with monitoring the Agreement up to a total maximum of $85,000.00 for costs.

Dated:  February __2__, 2012

*Lucy H. Koh*
The Hon. Lucy H. Koh
United States District Judge