Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery St., Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
Emails:  ccenter@las-elc.org; jkim@las-elc.org; rlangston@las-elc.org

Joshua Konecky, State Bar No. 182897
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY, LLP
180 Montgomery St., Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
Email:  jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL ORTIZ, ANDREW GONZALES, LANDON MICKEY MILLER, AND JOE HUYNH,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No.: 5:09-cv-03485-LHK<br><br>[~~Proposed~~] **FINAL JUDGMENT**<br><br>DATE: February 2, 2012<br>TIME:  1:30 p.m.<br>LOCATION:  Courtroom 8<br>The Honorable Lucy H. Koh |

_____
[~~Proposed~~] FINAL JUDGMENT
*Case No. 5:09-cv-03485-LHK*

WHEREAS on October 5, 2011, this Court granted preliminary approval to the settlement of this action, embodied in the Class Action Settlement Agreement.

WHEREAS the Court granted final approval to the Class Action Settlement Agreement on Hgdtwct{"4, 2012 finding that the settlement is fair, reasonable and adequate within the meaning of Federal Rule of Civil Procedure 23(d) and applicable law; and

WHEREAS the Court has found that the notice sent to class members fairly and adequately informed them of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement;

This Court hereby enters final judgment in this case, and dismisses it with prejudice in accordance with the terms of the Order (1) Confirming Final Certification of Classes; (2) Granting Final Approval to Class Action Settlement Agreement; (3) Approving Awards to Named Plaintiffs ("Final Approval Order") and (4) Granting Plaintiffs' Application for an Award of Attorneys' Fees and Costs.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named plaintiffs, the certified class and the defendant for purposes of supervising the implementation, enforcement, construction and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, the Order Granting Plaintiffs' Application for an Award of Attorneys' Fees and Costs, and this Final Judgment.

IT IS SO ORDERED.

Dated:  February 4, 2012

_____
The Hon. Lucy H. Koh
United States District Judge

---

[Proposed] FINAL JUDGMENT
*Case No. 5:09-cv-03485-LHK*
1